# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 14-1226                                                                                         September Term, 2014

NLRB-19CA031797

Filed On: June 12, 2015 [1557152]

Oak Harbor Freight Lines, Inc.,

    Petitioner

    v.

National Labor Relations Board,

    Respondent

------------------------------

Teamsters 174 and Teamsters Local Numbers 81, 174, 231, 252, 324, 483, 589, 690, 760, 763, 839, and 962,
    Intervenors

------------------------------

Consolidated with 14-1273, 15-1002

## O R D E R

Upon consideration of petitioner Oak Harbor Freight Line's motion to extend the briefing deadlines, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Petitioners' Briefs | November 20, 2015 |
| Respondent's Brief | December 30, 2015 |
| Intervenors for Respondent's Brief | January 14, 2016 |
| Petitioners' Reply Briefs | January 28, 2016 |
| Deferred Appendix | February 4, 2016 |
| Final Briefs | February 18, 2016 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
      Michael C. McGrail
      Deputy Clerk